UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Chapter 13 Case |
| FREDERICK HUGHES JR., | * | Case No. 16-27154-D |
| | * | |
| Debtor(s). | * | |

**MOTION TO ADVANCE ONGOING MORTGAGE
PAYMENTS AND MORTGAGE ARREARAGE PAYMENTS
AND TO FORGIVE MISSED PAYMENTS**

Come(s) now your Debtor(s), Frederick Hughes Jr., by and through counsel and respectfully states to the Court as follows:

1. The Chapter 13 case was filed on August 08, 2016.

2. Debtor(s) petition(s) the Court to advance ongoing mortgage payments and mortgage arrearage payments to Rushmore Loan Management Services for three (3) months and to forgive missed payments for three (3) months.

WHEREFORE, PREMISES CONSIDERED, your Debtor(s) petition(s) the Court for the relief as set out above and that the Debtor(s) be granted such other and further relief to which he may be entitled.

        Respectfully submitted,
        LONG, UMSTED & JONES

By:    /s/Michael J. Baloga
        Attorney for Debtor(s)
        314 Poplar Avenue
        Memphis, Tennessee 38103
        Phone: (901) 522-9316

CERTIFICATE OF SERVICE

I certify that copies of this document were sent to the following by U.S. Mail and/or email on January 30, 2018.

/s/Michael J. Baloga

Debtor(s)
Trustee
All entities on matrix