**Dated: April 16, 2018**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Chapter 13 Case |
| FREDERICK HUGHES, JR., | * | Case No. 16-27154-D |
| | * | |
| Debtor(s). | * | |

**ORDER GRANTING MOTION TO ADVANCE ONGOING MORTGAGE PAYMENTS AND MORTGAGE ARREARAGE PAYMENTS**

It appearing to the Court that a Motion was filed by the Debtor(s) to to advance ongoing mortgage payments and mortgage arrearage payments to Rushmore Loan Management Services and to forgive missed payments, that the matter was set February 27, 2018, that notice of the matter was sent to interested creditors without opposition or responsive pleading, that ongoing mortgage payments should resume May, 2018, that said creditor file an amended proof of claim for arrearages and it appears to the Court that said Motion is granted and that payments to the case should be adjusted by the Trustee in accordance with this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

Prepared by:

/s/Michael J. Baloga
Attorney for Debtor(s)
314 Poplar Avenue
Memphis, Tennessee 38103
Phone: (901) 522-9316


/s/ George W. Stevenson
Chapter 13 Trustee



cc:     Debtor(s)
        Trustee
        All entities on matrix